# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Benjamin Albert Brooks

**Plaintiff,**

**V.**

County of San Diego; Commissioner McLaughlin; Commissioner Ratekin; Commissioner Deborah A. Cumba; Does 1-10, inclusive

**Defendant.**

**Civil Action No.** 25-cv-2570-LL-MMP

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this action without prejudice. This case is hereby closed.

**Date:** 9/10/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy